# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JOHN D. BUCHERT, JR.,    ) | |
| ) | CASE NO. 3:13-cv-01418 |
| Plaintiff,    ) | |
| ) | |
| v.    ) | MAGISTRATE JUDGE GREG WHITE |
| ) | |
| COMMISSIONER OF SOCIAL    ) | |
| SECURITY,    ) | **JUDGMENT ENTRY** |
| ) | |
| Defendant.    ) | |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, the Commissioner's final decision is AFFIRMED and judgment is entered in favor of the defendant.

IT IS SO ORDERED.

s/ Greg White<br>
United States Magistrate Judge

Dated: March 27, 2014